# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

Rehearing No. 559

1 May 2009

136436

SEYBURN, KAHN, GINN, BESS,
DEITCH AND SERLIN, P.C.,
　　　　　　Plaintiff-Appellant,

v

KIRIT BAKSHI,
　　　　　　Defendant-Appellee.
_____

SC: 136436
COA: 272903
Oakland CC: 1999-018126-CK

　　　　In this cause a motion for rehearing is considered and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk